IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | PO-24-5028-GF-JTJ |
|---|---|
| Plaintiff, | VIOLATION: E1088434 |
| vs. | Location Code: M12 |
| DALE G. HALEY, | ORDER |
| Defendant. | |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for October 24, 2024 is **VACATED**.

DATED this 16th day of September, 2024.

John Johnston
United States Magistrate Judge